```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                      Case No. 14-04281-JJT
Dalton A Scott                                                              Chapter 13
Merline M. Scott
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini            Page 1 of 1            Date Rcvd: Dec 14, 2018
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
4622833        +Homebridge Financial Services, Inc.,   425 Phillips Blvd,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Real Estate Mortgage Network, Inc.,
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor    HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, INC.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Dalton A Scott donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Merline M. Scott donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04281-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Dalton A Scott
1110 West Emerald Lake Dr.
Long Pond PA 18334

Merline M. Scott
1110 West Emerald Lake Dr.
Long Pond PA 18334

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2018.

Name and Address of Alleged Transferor(s):

Claim No. 17: Homebridge Financial Services, Inc., 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

New Penn Financial, LLC
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
New Penn Financial, LLC
Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/16/18

Terrence S. Miller
**CLERK OF THE COURT**