In re:                                                                    Case No. 14-04281-RNO
Dalton A Scott                                                            Chapter 13
Merline M. Scott
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: KarenDavi            Page 1 of 2            Date Rcvd: Dec 27, 2019
                               Form ID: 3180W             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db/jdb        +Dalton A Scott,   Merline M. Scott,    1110 West Emerald Lake Dr.,   Long Pond, PA 18334-7842
cr             New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10826,
               Greenville, SC  29603-0826
cr            +NewRez LLC dba Shellpoint Mortgage Servicing as se,   c/o Hill Wallack, LLP.,
               777 Township Line Road, Suite 250,   Yardley, PA 19067-5565
4545283       +Blue Ridge Communications,   2551 Rt 940,   Pocono Summit, PA 18346-7760
4545285       +Cenlar Federal Savings & Loan,   425 Phillips Blvd,   Ewing, NJ 08618-1430
4545286       +Classic Quality Homes,   2621 Route 940,   Pocono Summit, PA 18346-7734
4563310       +Commissioner of the Dept of,   Social Services of New York City,
               c/o Leopold Gross & Sommers PC,   16 Court Street Ste 1903,   Brooklyn, NY 11241-1019
4545287       +Consolidated Edison,   Cooper Station,   PO Box 138,   New York, NY 10276-0138
4573863       +Consolidated Edison Co of NY Inc,   Bankruptcy Group,   4 Irving Place Room 1875-S,
               New York, NY 10003-3502
4545288       +Courts/Unicomer,   P.O. Box 1568,   Bellaire, TX 77402-1568
4567362       +Emerald Lakes Association,   1112 Glade Drive,   Long Pond, PA 18334-7904
4622833       +Homebridge Financial Services, Inc.,   425 Phillips Blvd,   Ewing, NJ 08618-1430
4545297       +Leopold, Gross & Sommers, PC,   16 Court Street,   Brooklyn, NY 11241-1019
4575582        M&T BANK,   PO BOX 1508,   BUFFALO NY 14240-1508
4545299       +Mercantile Adjustment Bureau,   6390 Main Street, Ste 160,   Buffalo, NY 14221-5857
5140945       +New Penn Financial, LLC,   Shellpoint Mortgage Servicing,   P.O. Box 10826,
               Greenville, SC 29603-0826
5133538        New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
               Greenville, SC  29603-0675
5133539        New Penn Financial, LLC d/b/a Shellpoint Mortgage,   P.O. Box 10675,
               Greenville, SC  29603-0675,   New Penn Financial, LLC d/b/a Shellpoint,   P.O. Box 10675,
               Greenville, SC 29603-0675
4545303       +PPL Electric Utilities,   2 North 9th Street,   Allentown, PA 18101-1179
4594137       +PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4569241        EDI: AIS.COM Dec 27 2019 23:43:00     American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
4545282        EDI: BANKAMER.COM Dec 27 2019 23:43:00     Bank of America,   P.O. Box 982235,
               El Paso, TX 79998
4545284       +EDI: CAPITALONE.COM Dec 27 2019 23:43:00     Capital One,   PO Box 30253,
               Salt Lake City, UT 84130-0253
4545289        EDI: DIRECTV.COM Dec 27 2019 23:43:00     Direct TV,   P.O. Box 6550,   Englewood, CO 80155
4545290       +EDI: CITICORP.COM Dec 27 2019 23:43:00     Exxon Mobil/CItibank,   P.O. Box 6497,
               Sioux Falls, SD 57117-6497
4597295        E-mail/Text: bankruptcynotification@ftr.com Dec 27 2019 18:42:31     Frontier Communications,
               Bankruptcy Dept,   19 John St,   Middletown, NY 10940
4545291        E-mail/Text: bankruptcynotification@ftr.com Dec 27 2019 18:42:31     Frontier Communications,
               P.O. Box 20550,   Rochester, NY 14602-0550
4545292       +EDI: RMSC.COM Dec 27 2019 23:43:00     GE Capital/Walmart,   P.O. Box 965024,
               Orlando, FL 32896-5024
4545293       +EDI: RMSC.COM Dec 27 2019 23:43:00     GECRB/Lowes,   P.O. Box 965005,   Orlando, FL 32896-5005
4545294       +EDI: RMSC.COM Dec 27 2019 23:43:00     GECRB/PC Richard,   c/o P.O. Box 965033,
               Orlando, FL 32896-0001
4545295       +EDI: CITICORP.COM Dec 27 2019 23:43:00     Home Depot,   PO Box 6497,
               Sioux Falls, SD 57117-6497
4545296       +E-mail/Text: BankruptcyNotices@hughes.com Dec 27 2019 18:42:17     Hughes Network Systems,
               11717 Exploration Lane,   Germantown, MD 20876-2799
4545298        E-mail/Text: camanagement@mtb.com Dec 27 2019 18:42:20     M&T Bank,   P.O. Box 900,
               Millsboro, DE 19966
4596930        E-mail/Text: bankruptcynotice@nymcu.org Dec 27 2019 18:42:27     MUNICIPAL CREDIT UNION,
               COLLECTION /LOSS PREVENTION,   22 CORTLAND STREET, 24TH FLOOR,   NEW YORK, NY 10007
4545300        E-mail/Text: bankruptcynotice@nymcu.org Dec 27 2019 18:42:27     Municipal Credit Union,
               22 Courtland St,   New York, NY 10007
4545301        E-mail/Text: bankruptcynotice@nymcu.org Dec 27 2019 18:42:27     Municipal Credit Union,
               PO Box 992,   Peck Slip, NY 10272
4636416       +E-mail/Text: MKnitter@monroecountypa.gov Dec 27 2019 18:42:24
               Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
4596709        EDI: PRA.COM Dec 27 2019 23:43:00     Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
4545304       +E-mail/Text: bankruptcy@usalliance.org Dec 27 2019 18:42:31
               US Alliance Federal Credit Union,   600 Midland Avenue,   Rye, NY 10580-3902
4600058        E-mail/Text: bankruptcy@usalliance.org Dec 27 2019 18:42:31     USALLIANCE FEDERAL CREDIT UNION,
               18 COMMERCE WAY, STE 7100,   WOBURN, MA 01801
4545305       +EDI: VERIZONCOMB.COM Dec 27 2019 23:43:00     Verizon Wireless,   PO Box 4003,
               Acworth, GA 30101-9004
4545306       +EDI: WFFC.COM Dec 27 2019 23:43:00     Wells Fargo,   800 Walnut Street,,
               Des Moines, IA 50309-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4578007          EDI: WFFC.COM Dec 27 2019 23:43:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA    50306-0438
4545302          +E-mail/Text: bcwrtoff@cablevision.com Dec 27 2019 18:42:30      optimum cable vision,
                 1111 Stewart Ave,    Bethpage, NY 11714-3581
                                                                              TOTAL: 24

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5140946          New Penn Financial, LLC,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC,    Shellpoint Mortgage Servicing
cr*              +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
cr*              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC 29603-0675
                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, INC.
          bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor    HomeBridge Financial Services, INC.
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor    Real Estate Mortgage Network, Inc.,
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor    HomeBridge Financial Services, INC.
          bkgroup@kmllawgroup.com
          Michael Joshua Shavel    on behalf of Creditor    NewRez LLC dba Shellpoint Mortgage Servicing as
          servicer for U.S. Bank National Association, not individually but solely as Trustee for
          BlueWater Investment Trust 2018-A mshavel@hillwallack.com,
          jrydzewski@HillWallack.com;skenny@hillwallack.com
          Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, INC.
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Timothy B. Fisher, II    on behalf of Debtor 2 Merline M. Scott donna.kau@pocono-lawyers.com
          Timothy B. Fisher, II    on behalf of Debtor 1 Dalton A Scott donna.kau@pocono-lawyers.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                  TOTAL: 11

| | | | |
|---|---|---|---|
| Debtor 1 | **Dalton A Scott** | Social Security number or ITIN | xxx–xx–8017 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Merline M. Scott** | Social Security number or ITIN | xxx–xx–3803 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **5:14–bk–04281–RNO**

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dalton A Scott

Merline M. Scott

**By the court:**

*Robt N. Opel II*

12/27/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: KarenDavis, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:14-bk-04281-RNO    Doc 68    Filed 12/29/19    Entered 12/30/19 00:27:42    Desc
Imaged Certificate of Notice    Page 4 of 4