```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 14-04281-RNO
Dalton A Scott                                                  Chapter 13
Merline M. Scott
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke          Page 1 of 1         Date Rcvd: Mar 17, 2020
                            Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
db/jdb         +Dalton A Scott,   Merline M. Scott,   1110 West Emerald Lake Dr.,   Long Pond, PA 18334-7842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   HomeBridge Financial Services, INC.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   Real Estate Mortgage Network, Inc.,
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael J Clark    on behalf of Creditor   HomeBridge Financial Services, INC. pabk@logs.com
              Michael Joshua Shavel    on behalf of Creditor   NewRez LLC dba Shellpoint Mortgage Servicing as
               servicer for U.S. Bank National Association, not individually but solely as Trustee for
               BlueWater Investment Trust 2018-A mshavel@hillwallack.com,
               jrydzewski@HillWallack.com;skenny@hillwallack.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor   HomeBridge Financial Services, INC.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Dalton A Scott donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Merline M. Scott donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dalton A Scott,<br>**Debtor 1**<br>Merline M. Scott,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:14–bk–04281–RNO |

Social Security No.:
    xxx–xx–8017    xxx–xx–3803

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 17, 2020        By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)